UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CORDELL, | No. 2:15-cv-0992 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. ROBERT, et al., | |
| Defendants. | |

    This pro se prisoner civil rights action proceeds on Eighth Amendment claims against defendants Robert and Auld. (ECF No. 24.) Discovery closed on September 23, 2016, and dispositive motions are due December 16, 2016. (ECF No. 26.) Plaintiff has requested a settlement conference. (ECF No. 31.) As this case is potentially appropriate for referral to the court's Alternative Dispute Resolution program, the court will explore whether settlement talks before a Magistrate Judge would be beneficial.

    Plaintiff also requests an order requiring the prison law librarian to provide copies of his legal documents (up to 1,200 pages) for use in discovery in this action. The harm for which plaintiff seeks relief is outside the scope of the Eighth Amendment claims at issue in this case. In addition, as a general rule, this court is unable to issue an order against individuals who are not

1

parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969).  At any rate, discovery is now closed, so plaintiff should no longer need copies for that purpose, and he is seeking relief through the inmate appeals process, as appropriate.  Thus this motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff motion for settlement conference (ECF No. 31) is partially granted as set forth herein.

2. Defendants shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

>ADR Division
>
>Attention: Sujean Park
>
>U.S. District Court
>
>501 I Street, Suite 4-200
>
>Sacramento, CA 95814
>
>Fax: (916) 491-3912
>
>Email: spark@caed.uscourts.gov

3. Plaintiff's motion for an order to obtain copies from the law library (ECF No. 32) is denied.

Dated:  September 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / cord0992.sett